UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-20507-Jordan/White

**KENT FRANK,**
    Movant,
vs.

**UNITED STATES OF AMERICA,**
    Respondent.
_____/

    **BE ADVISED**, that the Defense in the above titled cause may call the below named persons at trial as witnesses:

### DEFENSE WITNESS LIST

| | |
|---|---|
| 1) Henry Morrison<br>C/O Michael Walsh, P.A.<br>46 NE 6 Street<br>Miami, FL 33132 | 2) Celia Frank<br>C/O Michael Walsh, P.A.<br>46 NE 6 Street<br>Miami, FL 33132 |
| 3) George Frank<br>C/O Michael Walsh, P.A.<br>46 NE 6 Street<br>Miami, FL 33132 | 4) Lou Frank<br>C/O Michael Walsh, P.A.<br>46 NE 6 Street<br>Miami, FL 33132 |

**AND GOVERN YOURSELF ACCORDINGLY**.

Respectfully submitted,

Michael D. Walsh, P.A.
DOWNTOWN LEGAL CENTER
46 Northeast 6th Street
Miami, FL. 33132
Tel: (305) 444-7700 Fax: (305) 441-1423

By: __/S/ MICHAEL WALSH_____
    Michael Walsh
    FL Bar No.: 0172138

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 5, 2012, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

By: /s/ MICHAEL WALSH